AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JAMES ROBINSON, an individual residing at
250 Pines Bridge Road, Ossining, New York
10562

SUMMONS IN A CIVIL CASE

V.

REESE COMMUNICATIONS COMPANIES,
INC., d/b/a RTC RELATIONSHIP
MARKETING

CASE NU  Case: 1:07-cv-00904
Assigned To : Walton, Reggie B.
Assign. Date : 5/14/2007
Description: Contract

TO: (Name and address of Defendant)

REESE COMMUNICATIONS COMPANIES, INC.,
d/b/a RTC RELATIONSHIP MARKETING
1055 Thomas Jefferson St. NW
Washington, DC 20007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Bickart, Esq.
KAYE SCHOLER LLP
901 15th Street, NW, Suite 1100
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          MAY 14 2007

CLERK                                        DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 05/14/07 at 4:45 pm |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Vincent A. Piazza | Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By serving James Ross, President, authorized to accept. Service was completed at 1055 Thomas Jefferson Street, NW, Washington, DC 20007.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  05/17/07
                    Date                          *Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.