IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

---

| | |
|---|---|
| JAMES ROBINSON, an individual residing at 250 Pines Bridge Road, Ossining, New York 10562, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| -against- | ) Case No. 1:07-cv-00904 (RBW) |
| REESE COMMUNICATIONS COMPANIES, INC., d/b/a/ RTC RELATIONSHIP MARKETING 1055 Thomas Jefferson Street, N.W. Washington, D.C. 20007, | )<br>)<br>)<br>)<br>) |
| Defendant. | ) |

---

**CONSENT MOTION TO EXTEND TIME TO ANSWER OR RESPOND
AND POINTS AND AUTHORITIES IN SUPPORT**

Defendant Reese Communications Companies, Inc. d/b/a RTC Relationship Marketing ("Defendant"), with the consent of plaintiff James Robinson ("Plaintiff"), moves this Court for an order extending the time by which Defendant must answer or otherwise respond to the Complaint in the above-captioned action in addition to the time prescribed by the Local Rules and Federal Rules of Civil Procedure for 30 days to and including July 5, 2007.

Defendant retained undersigned counsel on Friday, June 1, 2007. Defendant's Answer to the Complaint is due today, June 4, 2007. So that Defendant's counsel can get up to speed and adequately prepare the defense, Defendant seeks an extension of 30 days to file and serve its Answer or otherwise respond to the Complaint.

Pursuant to Local Rule 7(m), counsel for Defendant certify that they have conferred with counsel for Plaintiff and have obtained Plaintiff's consent to the filing of the instant consent motion.

WHEREFORE, Defendant respectfully requests the entry of an order extending the time by which Defendant must answer or otherwise respond to the Complaint.

Dated: June 4, 2007

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| David O. Bickart (D.C. Bar No. 355313) | Constance M. Pendleton (D.C. Bar No. 456919) |
| dbickart@kayescholer.com | conniependleton@dwt.com |
| Kaye Scholer LLP | Davis Wright Tremaine LLP |
| 901 15th Street, N.W. | 1919 Pennsylvania Avenue, N.W., Suite 200 |
| Suite 1100 | Washington, D.C. 20006-3485 |
| Washington, D.C. 20005 | (202) 973-4200 |
| (202) 682-3500 | (202) 973-4499 fax |
| (202) 682-3580 fax | |
| | Of Counsel: |
| Of Counsel: | |
| | Sara Edelman (not admitted) |
| Thomas A. Smart (not admitted) | sedelman@dglaw.com |
| tsmart@kayescholer.com | Davis & Gilbert LLP |
| Christopher D. Baker (not admitted) | 1740 Broadway |
| cbaker@kayescholer.com | New York, NY 10019 |
| Kaye Scholer LLP | (212) 468-4897 |
| 425 Park Avenue | (212) 468-4888 fax |
| New York, NY 10022 | |
| (212) 836-8000 | Attorneys for Defendant Reese Communications Companies, Inc., d/b/a/ RTC Relationship Marketing |
| (212) 836-8689 fax | |
| | |
| Attorneys for Plaintiff James Robinson | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June 2007, I directed that true and correct copies of the foregoing Consent Motion to Extend Time to Answer or Respond and Points and Authorities in Support and Proposed Order be served electronically and by first class-mail, postage pre-paid, upon the following:

> David O. Bickart, Esq.
> Kaye Scholer LLP
> 901 15th Street, N.W.
> Suite 1100
> Washington, D.C. 20005
>
> Thomas A. Smart, Esq.
> Christopher D. Baker, Esq.
> Kaye Scholer LLP
> 425 Park Avenue
> New York, NY 10022

                                                          /s/
                                     Constance M. Pendleton

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

-------------------------------------------------------x
                                                       )
JAMES ROBINSON, an individual                          )
residing at 250 Pines Bridge Road,                     )
Ossining, New York 10562,                              )
                                                       )
            Plaintiff,                                 )
                                                       )
     -against-                                         )   Case No. 1:07-cv-00904 (RBW)
                                                       )
REESE COMMUNICATIONS                                   )
COMPANIES, INC., d/b/a/                                )
RTC RELATIONSHIP MARKETING                             )
1055 Thomas Jefferson Street, N.W.                     )
Washington, D.C. 20007,                                )
                                                       )
            Defendant.                                 )
-------------------------------------------------------x

## [PROPOSED] ORDER

Upon consideration of the Consent Motion to Extend Time to Answer or Respond to the Complaint in the above-captioned action, and Points and Authorities in Support, it is hereby

ORDERED that the Motion is hereby GRANTED; it is

FURTHER ORDERED that Defendant Reese Communications Companies, Inc., d/b/a RTC Relationship Marketing ("Defendant") shall answer or otherwise respond to the Complaint on or before July 5, 2007.

**SO ORDERED.**

Dated this ___ day of _____, 2007

                                        _____
                                        HON. REGGIE B. WALTON
                                        United States District Court Judge

Copies to:

Constance M. Pendleton
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006

Of Counsel:

Sara Edelman
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019

*Attorneys for Defendant Reese Communications Companies, Inc.,
d/b/a RTC Relationship Marketing*


David O. Bickart
Kaye Scholer LLP
901 15th Street, N.W.
Suite 1100
Washington, D.C. 20005

Of Counsel:

Thomas A. Smart
Christopher D. Baker
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

*Attorneys for Plaintiff James Robinson*