IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

---------------------------------------------------------x
)
JAMES ROBINSON, an individual )
residing at 250 Pines Bridge Road, )
Ossining, New York 10562 )
)
             Plaintiff, )
)
  -against- )  Case No. 1:07-cv-00904 (RBW)
)
REESE COMMUNICATIONS )
COMPANIES, INC., d/b/a/ )
RTC RELATIONSHIP MARKETING )
1055 Thomas Jefferson Street, N.W. )
Washington, D.C. 20007 )
)
             Defendant. )
---------------------------------------------------------x

**CERTIFICATE UNDER LCvR 7.1**

I, the undersigned counsel of record for Reese Communications Companies, Inc., d/b/a RTC Relationship Marketing ("RTC") certify that to the best of my knowledge and belief, RTC's parent company, WPP Group plc, has outstanding securities in the hands of the public. RTC has no subsidiaries or affiliates.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated this 4th day of June, 2007

                        DAVIS WRIGHT TREMAINE LLP

                                 /s/
                        Constance M. Pendleton (D.C. Bar No. 456919)
                        conniependleton@dwt.com

1919 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C. 20006-3485
(202) 973-4200
(202) 973-4499 fax

Counsel for Defendant Reese Communications
Companies, Inc., d/b/a RTC Relationship Marketing

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June 2007, I directed that true and correct copies of the foregoing Certificate Under LCvR 7.1 be served electronically and by first class-mail, postage pre-paid, upon the following:

>David O. Bickart, Esq.
>Kaye Scholer LLP
>901 15th Street, N.W.
>Suite 1100
>Washington, D.C. 20005
>
>Thomas A. Smart, Esq.
>Christopher D. Baker, Esq.
>Kaye Scholer LLP
>425 Park Avenue
>New York, NY 10022

_____/s/_____
Constance M. Pendleton