U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

James Robinson

vs.

Reese Communications Companies, Inc. d/b/a RTC Relationship Marketing

No. 07-CV-0904(RBW)

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

    I, DANIEL F. PORTNOY, having been duly authorized to make service of the First Amended Complaint in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-26-1971.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 2:28 pm on June 29, 2007, I served Reese Communications Companies, Inc. d/b/a RTC Relationship Marketing at 1055 Thomas Jefferson Street, NW, #500, Washington, DC 20007 by serving Maureen Quattrocki, Secretary/CFO, authorized to accept. Described herein:

```
    SEX-    FEMALE
    AGE-    45
 HEIGHT-    5'8"
   HAIR-    BROWN
 WEIGHT-    120
   RACE-    WHITE
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  7/2/07
              Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 190419