IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLUMBIA

------------------------------------x
JAMES ROBINSON,                              :

                        Plaintiff,      :   Case No. 07-CV-0904 (RBW)

            - against -                   :

REESE COMMUNICATIONS COMPANIES, INC., d/b/a  :
RTC RELATIONSHIP MARKETING,

                        Defendant.      :
------------------------------------x

## MOTION FOR LEAVE FOR COUNSEL TO APPEAR *PRO HAC VICE*

      Plaintiff James Robinson ("Robinson"), by his attorneys, Kaye Scholer LLP by David O. Bickart, respectfully moves this court to allow Thomas A. Smart and Christopher D. Baker to appear as co-counsel *pro hac vice* for Robinson in this case, and in support of this Motion states as follows:

      1.     Mr. Bickart is a practicing attorney duly admitted to the Bar of the District of Columbia and admitted to practice before this Court. Mr. Bickart is a partner in the firm of Kaye Scholer LLP, and is well-acquainted with Messrs. Smart and Baker. Mr. Bickart will continue to serve as counsel for Robinson, to be joined by Messrs. Smart and Baker.

      2.     Thomas A. Smart is a partner of the firm of Kaye Scholer LLP. His office address is 425 Park Avenue, New York, NY 10022. His telephone number is (212) 836-8761. He is a practicing attorney and a member in good standing of the Bar of the State of New York (1977), as well as of the following courts: First Circuit (2005), Second Circuit (1992), Third Circuit (1993), Fourth Circuit (2006), Sixth Circuit (2006), Ninth Circuit (1985) and Federal Circuit (1997) of the United States Courts of Appeals, and the United States District Courts for

31503836.DOC

the Southern and Eastern Districts of New York (1977) and the Supreme Court of the United States (1995).

3. Mr. Smart has not been admitted to appear *pro hac vice* before this Court in the past two years. He has never been held in contempt of any court, has never been convicted of any crime, or publicly reprimanded, censured, suspended, disciplined, or disbarred by any court.

4. Christopher D. Baker is an associate of the firm of Kaye Scholer LLP. His office address is 425 Park Avenue, New York, NY 10022. His telephone number is (212) 836-8867. He is a practicing attorney and a member in good standing of the Bar of the State of New York (2005), as well as of the United States District for the Southern and Eastern Districts of New York (2005).

5. Mr. Baker has not been admitted to appear *pro hac vice* before this Court in the past two years. He has never been held in contempt of any court and has never been convicted of any crime or publicly reprimanded, censured, suspended, disciplined, or disbarred by any court.

6. Messrs. Smart and Baker are familiar with: (i) the provisions of the Judicial Code (Title 28 U.S.C.) that pertain to the jurisdiction of and practice in the United States District Court; (ii) the Federal Rules of Civil Procedure; (iii) the Rules of the United States District Court for the District of Columbia; (iv) the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals except as otherwise provided by specific rules of this court, and will faithfully adhere thereto; and (v) the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

7. A proposed Order is submitted herewith.

Dated: July 18, 2007

                            /s/ David Bickart

David O. Bickart, Bar # 355313
KAYE SCHOLER LLP
901 15th Street, NW, Suite 1100
Washington, DC 20005
(202) 682-3500

*Attorneys for Plaintiff James Robinson*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLUMBIA

------------------------------------x

JAMES ROBINSON,                              :

                     Plaintiff,       :   Case No. 07-CV-0904 (RBW)

              - against -                   :

REESE COMMUNICATIONS COMPANIES, INC., d/b/a :
RTC RELATIONSHIP MARKETING,

                    Defendant.       :

------------------------------------x

## DECLARATION OF CHRISTOPHER D. BAKER

    1.    I am Christopher D. Baker, an associate of the firm of Kaye Scholer LLP with offices at 425 Park Avenue, New York, NY 10022. My telephone number is (212) 836-8867.

    2.    I submit this Declaration in support of plaintiff James Robinson's Motion For Leave For Counsel to Appear *Pro Hac Vice* in the above-captioned matter

    3.    I am a practicing attorney and a member in good standing of the Bar of the State of New York (2005), as well as of the United States District Courts for the Southern and Eastern Districts of New York (2005).

    4.    I have not been admitted to appear *pro hac vice* before this Court in the past two years. I have never been held in contempt of any court and have never been convicted of any crime, or publicly reprimanded, censured, suspended, disciplined, or disbarred by any court.

    5.    I am familiar with: (i) the provisions of the Judicial Code (Title 28 U.S.C.) that pertain to the jurisdiction of and practice in the United States District Court; (ii) the Federal Rules of Civil Procedure; (iii) the Rules of the United States District Court for the

31503867.DOC

2

District of Columbia; (iv) the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals except as otherwise provided by specific rules of this court, and will faithfully adhere thereto; and (v) the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

      6.    Wherefore, I respectfully request that I be admitted *pro hac vice* for all purposes in this action.

      I HEREBY DECLARE, pursuant to 28 U.S.C. § 1746, under penalty of perjury and the laws of the United States of America, that the foregoing is true and correct.

Dated: July 17, 2007

_____

Christopher D. Baker

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLUMBIA

------------------------------------x
JAMES ROBINSON,                     :

                Plaintiff,        :   Case No. 07-CV-0904 (RBW)

          - against -                    :

REESE COMMUNICATIONS COMPANIES, INC., d/b/a   :
RTC RELATIONSHIP MARKETING,

                Defendant.        :
------------------------------------x

## DECLARATION OF THOMAS A. SMART

1. I am Thomas A. Smart, a partner of the firm of Kaye Scholer LLP with offices at 425 Park Avenue, New York, NY 10022. My telephone number is (212) 836-8761.

2. I submit this Declaration in support of plaintiff James Robinson's Motion For Leave For Counsel to Appear *Pro Hac Vice* in the above-captioned matter

3. I am a practicing attorney and a member in good standing of the Bar of the State of New York (1977), as well as of the following courts: First Circuit (2005), Second Circuit (1992), Third Circuit (1993), Fourth Circuit (2006), Sixth Circuit (2006), Ninth Circuit (1985) and Federal Circuit (1997) of the United States Courts of Appeals, and the United States District Courts for the Southern and Eastern Districts of New York (1977) and the Supreme Court of the United States (1995).

4. I have not been admitted to appear *pro hac vice* before this Court in the past two years. I have never been held in contempt of any court and have never been convicted of any crime, or publicly reprimanded, censured, suspended, disciplined, or disbarred by any court.

31503860.DOC

5. I am familiar with: (i) the provisions of the Judicial Code (Title 28 U.S.C.) that pertain to the jurisdiction of and practice in the United States District Court; (ii) the Federal Rules of Civil Procedure; (iii) the Rules of the United States District Court for the District of Columbia; (iv) the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals except as otherwise provided by specific rules of this court, and will faithfully adhere thereto; and (v) the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

6. Wherefore, I respectfully request that I be admitted *pro hac vice* for all purposes in this action.

I HEREBY DECLARE, pursuant to 28 U.S.C. § 1746, under penalty of perjury and the laws of the United States of America, that the foregoing is true and correct.

Dated: July 17, 2007

_____
Thomas A. Smart

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLUMBIA

------------------------------------x
JAMES ROBINSON,                            :

                Plaintiff,    :   Case No. 07-CV-0904 (RBW)

      - against -                        :

REESE COMMUNICATIONS COMPANIES, INC., d/b/a   :
RTC RELATIONSHIP MARKETING,

                Defendant.    :
------------------------------------x

### [PROPOSED] ORDER

      Before me is the motion of plaintiff James Robinson, filed pursuant to Local Rule 83.2(c), for leave for Thomas A. Smart and Christopher D. Baker to appear as co-counsel *pro hac vice* in the above-captioned action. Having considered the Motion, it is hereby

      ORDERED that the motion be GRANTED

      The Clerk shall act accordingly.

      It is so ordered this ___ day of _____, 2007.

                                                _____
                                                Reggie B. Walton
                                                United States District Judge