IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

JAMES ROBINSON

    Plaintiff,

v.                                                                    Civil Action No. 1:07 cv.00904 (rbw)

REESE COMMUNICATIONS
COMPANIES, INC.

    Defendant.
_____/

## NOTICE TO THE COURT OF SUBSTITUTION OF COUNSEL

Pursuant to Local Civil Rule 83.6(a), please enter the appearance of Stephen A. Horvath (D.C. Bar No. 417137), and the firm of TRICHILO, BANCROFT, MCGAVIN, HORVATH & JUDKINS, P.C., 3920 University Drive, Fairfax, Virginia 22030, (Tel: 703-385-1000; Fax: 703-385-1555), Email: shorvath@vadctriallaw.com, as counsel on behalf of Defendant, Reese Communications Companies, Inc., in this matter. Mr. Horvath is admitted to appear before this Court.

Further, pursuant to Local Civil Rule 83.6(b), please withdraw the appearance of Constance M. Pendleton, DAVIS, WRIGHT, TREMAINE, LLP, 1919 Pennsylvania Avenue, NW, Suite 200, Washington, DC 20006-3402, (202) 973-4229 and Sara Edelman, DAVIS & GILBERT, LLP, 1740 Broadway, New York, NY 10019, (212) 468-4897, as counsel for Defendant, Reese Communications Companies, Inc.

1

Respectfully submitted,

*[signature]*

Stephen A. Horvath, (D.C. Bar No. 417137)
TRICHILO, BANCROFT, McGAVIN,
HORVATH & JUDKINS, P.C.
3920 University Drive
Fairfax, Virginia 22030
(703) 385-1000 Telephone
(703) 385-1555 Facsimile
shorvath@vadctriallaw.com
*Counsel for Defendant*
*Reese Communications Companies, Inc.*

*[signature]*

Constance M. Pendleton (D.C. Bar No. 456919
DAVIS, WRIGHT, TREMAINE, LLP
1919 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006-3402
(202) 973-4229 Telephone
(202) 973-4499 Facsimile
conniependleton@dwt.com

Reese Communications Companies, Inc.

By: *[signature]*
MAUREEN QUATTROCK, CFO

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of July, 2007, a true and complete copy of the foregoing *Notice to the Court of Substitution of Counsel* was served by first-class mail, postage pre-paid, on the following:

David O. Bricart, Esquire
KAYE SCHOLER, LLP
901 15th Street, NW, Suite 1100
Washington, D.C. 20005
*Counsel for Plaintiff*

Thomas A. Smart, Esquire
Christopher D. Baker, Esquire
KAY SCHOLER, LLP
425 Park Avenue
New York, New York 10022
*Counsel for Plaintiff*

_____
Stephen A. Horvath

3

TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
3920 UNIVERSITY DRIVE • FAIRFAX, VIRGINIA 22030-2514 • (703) 385-1000 • FAX (703) 385-1555