IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

JAMES ROBINSON

    Plaintiff,

v.                                        Civil Action No. 1:07 cv.00904 (rbw)

REESE COMMUNICATIONS
COMPANIES, INC.

    Defendant.

_____/

**CONSENT MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE**

    COMES NOW, the defendant, Reese Communications Companies, Inc., by counsel, with the consent of the plaintiff, and hereby moves this Honorable Court for an Order continuing the Initial Scheduling Conference, and in support thereof, states the following:

    1.    This matter is currently scheduled for an Initial Scheduling Conference on September 14, 2007 at 11:30 a.m.

    2.    September 14, 2007 is a religious holiday (Rosh Hoshana), and as a result, the undersigned counsel for Reese Communications, Inc. is not available.

    3.    There has been no prior continuance of the Initial Scheduling Conference in this matter. It is anticipated that the brief continuance sought will adversely affect the deadlines or the ability to timely complete this matter.

    4.    Pursuant to the requirements of this Court's General Order and Guidelines for Civil Cases, the parties have conferred, and can provide the Court with the following available dates for a hearing on the Initial Scheduling Conference: September 19, 25, 26 or October 2, 2007.

WHEREFORE, Reese Communications Companies, Inc. prays that this Court continue the Initial Scheduling Conference to a date convenient to all parties and the Court.

Respectfully submitted,

/s/________________________________________

Stephen A. Horvath, (D.C. Bar No. 417137)
TRICHILO, BANCROFT, McGAVIN,
HORVATH & JUDKINS, P.C.
3920 University Drive
Fairfax, Virginia 22030
(703) 385-1000 Telephone
(703) 385-1555 Facsimile
shorvath@vadctriallaw.com
*Counsel for Defendant*
*Reese Communications Companies, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of August, 2007, a true and complete copy of the foregoing **Consent Motion** was served electronically, on the following:

David O. Bricart, Esquire
KAYE SCHOLER, LLP
901 15th Street, NW, Suite 1100
Washington, D.C. 20005
*Counsel for Plaintiff*

Thomas A. Smart, Esquire
Christopher D. Baker, Esquire
Kay Scholer, LLP
425 Park Avenue
New York, New York 10022
baker@kayescholer.com
tsmart@kayescholer.com
*Counsel for Plaintiff*

/s/____________________________
Stephen A. Horvath

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

JAMES ROBINSON

    Plaintiff,

    v.                                 Civil Action No. 1:07 cv.00904 (rbw)

REESE COMMUNICATIONS
COMPANIES, INC. d/b/a
RTC RELATIONSHIP MARKETING

    Defendant.
_____/

**O R D E R**

UPON CONSIDERATION of the Consent Motion for an Order continuing the Initial Scheduling Conference, and

IT APPEARING to the Court that good cause has been shown, it is this _____ day of _____, 2007

ORDERED that the Initial Scheduling Conference of this matter be held on _____, 2007, in Courtroom 16 at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. All of the requirements of this Court's Order for an Initial Scheduling Conference dated July 6, 2007 shall remain in effect.

                                                                                   The Honorable Reggie B. Walton

Copies to:

Stephen A. Horvath, Esquire
D.C. Bar No. 417137
TRICHILO, BANCROFT, McGAVIN,
HORVATH & JUDKINS, P.C.
3920 University Drive
Fairfax, Virginia  22030
shorvath@vadctriallaw.com
*Counsel for Defendants Reese Communications*
*Companies, Inc. d/b/a RTC Relationship Marketing*

David O. Bricart
Kaye Scholer, LLP
901 15th Street, NW, Suite 1100
Washington, D.C.  20005
kbickart@kayescholer.com
*Counsel for Plaintiff*

Thomas A. Smart, Esquire
Christopher D. Baker, Esquire
Kay Scholer, LLP
425 Park Avenue
New York, New York 10022
baker@kayescholer.com
tsmart@kayescholer.com
*Counsel for Plaintiff*