IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

JAMES ROBINSON

    Plaintiff,

    v.                                      Civil Action No. 1:07 cv.00904 (rbw)

REESE COMMUNICATIONS
COMPANIES, INC.

    Defendant.

_____/

**DEFENDANT, REESE COMMUNICATIONS COMPANIES, INC.'S
INITIAL RULE 26 (a) (1) DISCLOSURES**

COMES NOW, the defendant, Reese Communications Companies, Inc., by counsel, and pursuant to Rule 26 (a) (1), Fed. R. Civ. P., hereby submits the following information:

A.    <u>Individuals Having Discoverable Information  that the Defendant May Use to Support Its Claims or Defenses</u>:

    1.    Maureen Quattrocki, Chief Financial Officer
           Reese Communications Companies, Inc.
           1055 Thomas Street, NW, Suite 501
           Washington, D.C.  20007
           Phone:  202-625-2111

    2.    Elaine Brown
           Reese Communications Companies, Inc.
           1055 Thomas Street, NW, Suite 501
           Washington, D.C.  20007
           Phone:  202-625-2111

    3.    Matt Connor, Executive Creative Director
           Reese Communications Companies, Inc.
           1055 Thomas Street, NW, Suite 501
           Washington, D.C.  20007
           Phone:  202-625-2111

    4.    Chris Hardy, former Creative Services Manager
Reese Communications Companies, Inc.
1055 Thomas Street, NW, Suite 501
Washington, D.C.  20007
Phone:  202-625-2111

    5.    John Hirvela, former Account Director
3187 West Kilburn
Rochester Hills, Michigan  48306

    6.    Laura Hartman
Reese Communications Companies, Inc.
1055 Thomas Street, NW, Suite 501
Washington, D.C.  20007
Phone:  202-625-2111

    7.    Lisa Gribble, Account Manager
Reese Communications Companies, Inc.
1055 Thomas Street, NW, Suite 501
Washington, D.C.  20007
Phone:  202-625-2111

    8.    Catherine McMahon, Controller
Reese Communications Companies, Inc.
1055 Thomas Street, NW, Suite 501
Washington, D.C.  20007
Phone:  202-625-2111

    9.    Bronwen Kennedy, former Creative Director
4417 17th Street, N.W.
Washington, D.C.  20011

B.    <u>Description of Category and Location of All Documents, Electronically Stored Information and Tangible Things that are in the Possession, Custody or Control of Reese Communications Companies, Inc. which May Be Used in Support of Its Claim or Defenses</u>:

    1.    Copies of the photographs, material, and advertising material showing the photographs in the possession of Reese Communications Companies, Inc.

    2.    Documents showing the photo-shoot expenses and payments in the possession of Reese Communications Companies, Inc.

      3.     Delivery memo for the transparencies (in the possession of the plaintiff).

      4.     Communications with the plaintiff.

C.     <u>Insurance Agreement under which any Person Carrying on Insurance Business May be Liable to Satisfy Part or All of the Judgment which may be Entered in this Action or Indemnify or Reimburse Payments to Satisfy the Judgment</u>:

     The Hartford Fire Insurance Company Policy No. 10 UEN IN6746; effective date: September 30, 2004. (The Hartford Fire Insurance Company has reserved its right to deny coverage under the policy of insurance.

                       Respectfully submitted,

                       /s/_____
                       Stephen A. Horvath, (D.C. Bar No. 417137)
                       TRICHILO, BANCROFT, McGAVIN,
                       HORVATH & JUDKINS, P.C.
                       3920 University Drive
                       Fairfax, Virginia 22030
                       (703) 385-1000 Telephone
                       (703) 385-1555 Facsimile
                       shorvath@vadctriallaw.com
                       *Counsel for Defendant*
                       *Reese Communications Companies, Inc.*

                       Constance M. Pendleton (D.C. Bar No. 456919
                       DAVIS, WRIGHT, TREMAINE, LLP
                       1919 Pennsylvania Avenue, NW, Suite 200
                       Washington, DC 20006-3402
                       (202) 973-4229 Telephone
                       (202) 973-4499 Facsimile
                       conniependleton@dwt.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 17th day of October, 2007, a true and complete copy of the foregoing Rule 26 (a) (1) Disclosure was served electronically, on the following:

>David O. Bricart, Esquire
>KAYE SCHOLER, LLP
>901 15th Street, NW, Suite 1100
>Washington, D.C. 20005
>*Counsel for Plaintiff*
>
>Thomas A. Smart, Esquire
>Christopher D. Baker, Esquire
>KAY SCHOLER, LLP
>425 Park Avenue
>New York, New York 10022
>*Counsel for Plaintiff*

>/s/_____
>Stephen A. Horvath, (D.C. Bar No. 417137)
>TRICHILO, BANCROFT, McGAVIN,
>HORVATH & JUDKINS, P.C.
>3920 University Drive
>Fairfax, Virginia 22030
>(703) 385-1000 Telephone
>(703) 385-1555 Facsimile
>shorvath@vadctriallaw.com
>*Counsel for Defendant*
>*Reese Communications Companies, Inc.*