UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROBINSON,            )<br>                            )<br>   Plaintiff,              )<br>                            )<br>   v.                       )<br>                            )<br>REESE COMMUNICATIONS       )<br>COMPANIES, INC.,           )<br>                            )<br>   Defendant.              )<br>                            ) | Civil Action No. 07cv904  (RBW) |

## SCHEDULING ORDER

The parties appeared before the Court on October 18, 2007, for an initial scheduling conference.  Based upon the discussions at this hearing, it is on this 23rd day of October, 2007, hereby **ORDERED** that

1. This case will be placed on the standard track.

2. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) were completed on October 12, 2007.

3. The plaintiff shall join any additional parties or amend the complaint by December 21, 2007.

4. The plaintiff shall serve his expert report pursuant to Rule 26(a)(2) by December 21, 2007, and the defendant shall serve its expert reports pursuant to Rule 26(a)(2) by February 21, 2008.

5. Factual discovery shall be concluded by December 21, 2007.  Expert discovery shall be completed by April 14, 2008.

6. This case shall be referred to a magistrate judge for settlement discussions commencing on February 25, 2008 and concluding on April 25, 2008.

7. Any dispositive motions shall be filed by May 2, 2008, any oppositions shall be filed by June 2, 2008, and any reply thereto shall be filed by June 17, 2008.

8. A pretrial conference shall be held on October 3, 2008 at 9:30 a.m. in the Chamber of Judge Reggie B. Walton at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED.**

/s/_____
REGGIE B. WALTON
United States District Judge