IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

JAMES ROBINSON

    Plaintiff,

    v.                                          Civil Action No. 1:07 cv.00904 (rbw)

REESE COMMUNICATIONS
COMPANIES, INC.

    Defendant.
_____/

**CERTIFICATE OF MAILING**

I, STEPHEN A. HORVATH, hereby certify that on this 6th day of December, 2007 I served on all counsel of record, the **Defendant's Notice of Deposition to Plaintiff James Robinson**, and that I will retain the originals of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

                                            Respectfully submitted,

/s/_____
Stephen A. Horvath, (D.C. Bar No. 417137)
TRICHILO, BANCROFT, McGAVIN,
HORVATH & JUDKINS, P.C.
3920 University Drive
Fairfax, Virginia 22030
(703) 385-1000 Telephone
(703) 385-1555 Facsimile
shorvath@vadctriallaw.com
*Counsel for Defendant*
*Reese Communications Companies, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of December, 2007, a true and complete copy of the foregoing **Certificate** was served electronically, on the following:

>David O. Bricart, Esquire
>KAYE SCHOLER, LLP
>901 15th Street, NW, Suite 1100
>Washington, D.C. 20005
>*Counsel for Plaintiff*
>
>Christopher D. Baker, Esquire
>KAY SCHOLER, LLP
>425 Park Avenue
>New York, New York 10022
>*Counsel for Plaintiff*

>/s/_____
>Stephen A. Horvath, (D.C. Bar No. 417137)
>TRICHILO, BANCROFT, McGAVIN,
>HORVATH & JUDKINS, P.C.
>3920 University Drive
>Fairfax, Virginia 22030
>(703) 385-1000 Telephone
>(703) 385-1555 Facsimile
>shorvath@vadctriallaw.com
>*Counsel for Defendant*
>*Reese Communications Companies, Inc.*