# ECF

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------x
JAMES ROBINSON,                     :
                                    :
                 Plaintiff,         :
                                    :   Case No. 07-CV-0904 (RBW)
        - against -                 :
                                    :
REESE COMMUNICATIONS COMPANIES, INC., d/b/a  :
RTC RELATIONSHIP MARKETING,         :
                                    :
                 Defendant.         :
------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, that this case be, and hereby is, dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated: February 5, 2008
       Washington, D.C.

_____
Kaye Scholer LLP

David O. Bickart, D.C. Bar # 355313
901 15th Street, N.W.
Washington, D.C., 20005
Telephone: (202) 682-2303
Facsimile: (202) 682-3580

*Attorney for Plaintiff James Robinson*

Dated: ~~January~~ FEBRUARY 1, 2008
New York, New York

*/s/ Kaye Scholer LLP*

Thomas A. Smart (*pro hac vice*)
Christopher D. Baker (*pro hac vice*)
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Attorneys for Plaintiff James Robinson*

Dated: January 29, 2008
Fairfax, Virginia

*/s/*
Trichilo, Bancroft, McGavin, Horvath
& Judkins, P.C.

Stephen A. Horvath, (D.C. Bar No. 417137)
3920 University Drive
Fairfax, Virginia 22030
Telephone: (703) 385-1000
Facsimile: (703) 385-1555

*Attorneys for Defendant Reese Communications Companies, Inc*

SO ORDERED this 29th date of ~~January~~ July, 2008

*/s/ Reggie B. Walton*

2